# DECISIONS IN CASES NOT REPORTED.

## FIRST DEPARTMENT, JUNE TERM, 1892.

65h    619
Case 30
67 AD  68

**Decisions handed down June 29, 1892.**

American Bank Note Company v. The Manhattan Railway Company. — Motion denied, with ten dollars costs.

George H. Dyett, Appellant, v. The Central Trust Company, Respondent.— Motion denied, with ten dollars costs.

Safety Electric Construction Company, Respondent, v. Henry Creamer, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

In the Matter of Proving the Last Will and Testament of Rose Ann Curry, Deceased. — Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

In the Matter of the Application of Arthur L. Sardy, etc. — Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

In the Matter of the Application of David R. Hyde, etc.—Order affirmed, with costs. Opinion by Patterson, J.

Richard D. Alliger, Respondent, v. The Mail Printing Association, Appellant. — Order affirmed, with costs. Opinion by Van Brunt, P. J.

In the Matter of James J Whalen, Appellant. — Order affirmed, with costs. Opinion by Van Brunt, P. J.

Orvilla Turenne, Appellant, v Wilbur F. Washburn, Respondent. — Judgment affirmed. Opinion by Van Brunt, P P.

John C. Bundy, Respondent, v. Henry J. Newton, Appellant. — Judgment affirmed, with costs. Opinions by Van Brunt, P. J., and O'Brien, J.

Eugene H. Levy, Respondent, v The Beekman Publishing Company, Appellant. — Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinions by Van Brunt, P. J , and O'Brien, J.

Edward A. McCampbell, as Assignee, etc., Appellant, v The National City Bank, Respondent. — Judgment affirmed, with costs. Opinion by O'Brien, J.

Gotthelf Pach and others, Respondents, v. Nicholas Geoffroy and others, Appellants. — Order modefied as directed in opinion, and as modified affirmed, without costs of this appeal to either party. Opinion by Patterson, J.

Isidor Richmond, by Bessie Richmond, Guardian, etc., Respondent, v. Second Avenue Railroad Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

George H. W. Curtis, Appellant, v. Wheeler & Wilson Manufacturing Company, Respondent. — Exceptions overruled and judgment ordered for defendant upon the verdict, with costs. Opinion by Van Brunt, P. J.

The Hecla Consolidated Gold Mining Company, Respondent, v. William L. O'Neill, Appellant.— Judgment affirmed, with costs, with leave to the defendant to amend his answer upon payment of the costs below and of this appeal in twenty days. Opinion by Van Brunt, P J.

John J. McHugh, Appellant and Respondent, v The New York Elevated Railroad Company and another, Appellant and Respondent. — Judgment affirmed, with costs, Opinion by Van Brunt, P. J.

John Flannagan, Respondent, v. John O'Brien and another, Appellants. — Judgment and order reversed and new trial ordered, with costs, not to the appellant only, but to the finally successful party, to abide the event of the action. Opinion by Van Brunt, P. J.

Catharine Cook, Respondent, v. The Long Island Railroad Company, Appellant.—Judgment and order affirmed, with costs. Opinion by Patterson, J.

James Gibb, Respondent, v. Joseph F. McCoy and another, Appellants. — Order and interlocutory judgment affirmed, with costs, and with leave to appellant to withdraw his demurrer within twenty days upon payment of costs of demurrer in court below, and upon this appeal. Opinion by Patterson, J.

Rudolph A Loewenthal, Appellant, v. The Philadelphia Rubber Works, Respondent — Order modified as directed in opinion, and, as modified, affirmed, without costs. Opinion by Van Brunt, P. J.

The People of the State of New York ex rel. Samuel Rey v. The Court of Special Sessions.— Writ dismissed with ten dollars costs and disbursements. Opinion by Van Brunt, P J

Amelia Bernstein, Respondent, v. James Nealis, Appellant. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

James Saxton, Appellant and Respondent, v. The New York Elevated Railroad Company and another, Appellants and Respondents. — Judgment affirmed, without costs.

John S. D. Manville, Appellant, v. J. Warren Lawton, etc., Respondent. — Judgment reversed and new trial ordered, with costs to the appellant to abide the event. Opinion by Patterson, J.

John Meredith Jones and others, Plaintiffs, v. Henry J. Newton, as Assignee, etc., Defendant. — Order modified as directed in opinion, together with ten dollars costs of this motion and disbursements. Opinion by O'Brien, J.

John H. Ming and another, Appellants, v. Austin Corbin, Respondent. — Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinion by Van Brunt, P. J.

Abraham S. Friedland, Respondent, v. Lewis Myers, Appellant. — Judgment and order affirmed, with costs. Opinion by Van Brunt, P. J.

The Hygeia Water Ice Company, Appellant, v. The New York Hygeia Ice Company (Limited), Respondent. — Judgment affirmed, with costs. Opinion by O'Brien, J.

Charles Smith and another, Respondents, v. Seattle, Lake Shore and Eastern Railway Company, Appellant. — Order reversed, with ten dollars costs and disbursements of the appeal. Opinion Per Curiam.

T. Thomas Fortune, Respondent, v. James Trainor, Appellant. — Judgment and order affirmed, with costs. Opinion by Patterson, J.

In the Matter of the Application of the Department of Public Works, etc., Relative to One Hundred and Sixtieth Street. — Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

Henry Heywood and others, Respondents, v. William N. Thacher, as Assignee, etc., Appellant. — Motion for a reargument denied. Opinions by Barrett, J., and Van Brunt, P. J.; dissenting opinion by O'Brien, J.

Wilfred S. Mills, Appellant, v. Edmund T. Smith, as Executor, etc., and others, Respondents. — Judgment affirmed, with costs. Opinion by Andrews. J.

G. Weld Thomas, Appellant, v New York and Greenwood Lake Railway Company, Respond-